EMMET VINSON V. THE STATE.

No. 16648. Delivered April 18, 1934.

The opinion states the case.

*Earl M. Greer,* of Wills Point, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The record is before this court without statement of facts and bills of exception.

The transcript fails to show any notice of appeal. This is essential to confer jurisdiction on the reviewing court. See article 827, Vernon's Ann., C. C. P., 1925, and authorities collated under said article.

The appeal is dismissed.

*Dismissed.*